

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00314-CV

| | | |
|---|---|---|
| AMYN GILANI, Appellant | § | On Appeal from the 48th District Court |
| V. | § | of Tarrant County (048-324371-21) |
| | § | March 10, 2022 |
| THOMAS WAYNE RIGNEY AND RIGNEY FINANCIAL SERVICES, LLC, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's September 29, 2021 order. The trial court's order is affirmed.

It is further ordered that appellant Amyn Gilani shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker